NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Bill Shaeffer (SBN 67493)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:    714-641-5100
Facsimile:    714-546-9035
Email: bshaeffer@rutan.com
ATTORNEY(S) FOR: Defendants CHIEF JAY R. JOHNSON, DAVID KIFF, CITY OF NEWPORT BEACH, DAVE MCGILL, MARK HAMILTON and JOE CARTWRIGHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PETERSON,<br><br>Plaintiff(s),<br>v.<br>CHIEF JAY R. JOHNSON, individually and in his official capacity, CHIEF ROBERT LEUMAN, individually and in his official capacity, DAVID KIFF, individually and in his official capacity as city manager of the city of Newport Beach, CITY OF NEWPORT BEACH, a Municipal Entity of California, CITY OF SEAL BEACH, a Municipal Entity of California, DAVE MCGILL, individually and in his official capacity, MARK HAMILTON, individually and in his official capacity, JOE CARTWRIGHT, individually and in his official capacity, and DOES 1 through 50, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br>8:16-cv-00240<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  The City of Newport Beach, Chief Jay R. Johnson, David Kiff, Dave McGill, Mark Hamilton and Joe Cartwright
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Eric Peterson | Plaintiff |
| Chief Jay R. Johnson | Defendant, individually and in his official capacity |
| Chief Robert Leuman | Defendant, individually and in his official capacity |
| David Kiff | Defendant, individually and in his official capacity as City Manager of City of Newport Beach |
| City of Newport Beach | Defendant |
| City of Seal Beach | Defendant |
| Dave McGill | Defendant, individually and in his official capacity |
| Mark Hamilton | Defendant, individually and in his official capacity |
| Joe Cartwright | Defendant, individually and in his official capacity |

CV-30 (05/13)    **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| February 12, 2016 | /s |
| Date | Signature |
| | Bill Shaeffer |

Attorney of record for (or name of party appearing in pro per):
CHIEF JAY R. JOHNSON, DAVID KIFF, CITY OF NEWPORT BEACH, DAVE MCGILL, MARK HAMILTON and JOE CARTWRIGHT.



American LegalNet, Inc.
www.FormsWorkFlow.com