| | |
|---|---|
| 1<br>2<br>3<br>4 | Bill Shaeffer (State Bar No. 67493)<br>bshaeffer@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035 |
| 5<br>6<br>7 | Attorneys for Defendants<br>CITY OF NEWPORT BEACH,<br>CHIEF JAY R. JOHNSON, DAVID KIFF,<br>DAVID MCGILL, MARK HAMILTON, and<br>JOE CARTWRIGHT |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ERIC PETERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHIEF JAY R. JOHNSON, individually and in his official capacity, CHIEF ROBERT LEUMAN, individually and in his official capacity, DAVID KIFF, individually and in his official capacity as city manager of the city of Newport Beach, CITY OF NEWPORT BEACH, a Municipal Entity of California, CITY OF SEAL BEACH, a Municipal Entity of California, DAVE MCGILL, individually and in his official capacity, MARK HAMILTON, individually and in his official capacity, JOE CARTWRIGHT, individually and in his official capacity, and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. 8:16-cv-00240-AG-(JCGx)<br><br>**NOTICE OF ERRATA** |

# TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants, CHIEF J. JOHNSON, DAVID KIFF, CITY OF NEWPORT BEACH, DAVE McGILL, MARK HAMILTON and JOE CARTWRIGHT hereby submit this Notice of Errata concerning Document No. 1, Civil Cover Sheet, Document No. 2, Certification & Notice of Interested Parties, Document No. 3, Notice of Removal of Action under 28 U.S.C. 1441(a). and Document No. 8, Certificate of Service of Notice to Adverse Party of Removal to Federal Court. The names of all of these Defendants were unintentionally not each selected during the electronic filing of the documents. All of the documents listed above were filed by the Defendants, CHIEF J. JOHNSON, DAVID KIFF, CITY OF NEWPORT BEACH, DAVE McGILL, MARK HAMILTON and JOE CARTWRIGHT.

Dated: February 19, 2016         RUTAN & TUCKER, LLP

By:      /s
Bill Shaeffer
Attorneys for Defendants
CITY OF NEWPORT BEACH,
CHIEF JAY R. JOHNSON, DAVID
KIFF, DAVID MCGILL, MARK
HAMILTON, and JOE
CARTWRIGHT