***AMENDED 7/19/18 AS TO YEAR ON DATE OF SIGNATURE ONLY***

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Eric Peterson**, | Case No. SACV 16-00240 AG (JDEx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| **Chief Jay R. Johnson**, individually and in his official capacity; **Chief Robert Leuman**, individually and in his official capacity; **David Kiff**, individually and in his official capacity as city manager of the city of Newport Beach; **City of Newport Beach**, a Municipal Entity of California; **City of Seal Beach**, a Municipal Entity of California; **Dave McGill**, individually and in his official capacity; **Mark Hamilton**, individually and in his official capacity; **Joe Cartwright**, individually and in his official capacity; and **Does 1 through 50**, inclusive, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated July 10, 2018

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT